Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA



United States of America
v.
Lisa Moore

)
)
)   Case No.   1:16-cr-38
)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lisa Moore ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Hydrocodone and Morphine

Date:   02/05/2016

/s/ Melissa Klocke
*Issuing officer's signature*

City and state:   Bismarck, ND

Melissa Klocke, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/05/16 , and the person was arrested on *(date)* 03/03/16
at *(city and state)* Ft. Yates, ND .

Date: 03/04/16

Michael O. [illegible] for BIA
*Arresting officer's signature*

Michael O. [illegible] DUSM for BIA
*Printed name and title*